**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**CALVIN ROOT,**

      **Plaintiff,**

**vs.**                             **CASE NO. 1:03cv32-MMP/AK**

**JERRY B. MILLER,**

      **Defendants.**

                                    **/**

**SECOND ORDER REQUESTING ASSISTANCE
FROM DEPUTY GENERAL COUNSEL SUSAN MAHER**

By previous Order the Court requested that Deputy General Counsel for the

Florida Department of Corrections assist an inmate in certain discovery from other

inmates.  (Doc. 62).  That Order dated September 9, 2005, provided a time frame of

thirty days to return the discovery responses to the Plaintiff, who has advised the Court

that no such responses have been made to him.  (Doc. 63).  The Court is appreciative

of any assistance the DOC can provide in this matter, especially since they are not a

party to this lawsuit.

      Accordingly, it is

      **ORDERED:**

The Clerk is herein directed to copy document numbers 61, 62, and 63 to attach

to this order and mail all to Susan Maher, Deputy General Counsel, 2601 Blair Stone

Road, Tallahassee, FL 32399-2500.  If Ms. Maher Is unable to assist the Court in this

matter, she should respond to this Order on or before December 30, 2005.

      **DONE AND ORDERED** at Gainesville, Florida, this 12th     day of December,

2005.

s/A. Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 1:03cv32-mmp/ak**